ANN HICKEY, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendant.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

In the Matter of the Estate of LAURENCE B. HALLERAN, Deceased. JOHN A. KING et al., Respondents; GERTRUDE D. HALLERAN, Appellant.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.